THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and AGRICO SALES, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS, an Oregon corporation; and OXBO ENGINEERING, LLC, an Oregon limited liability company,<br><br>Defendants. | NO. 3:22-cv-05228-JHC<br><br>STIPULATION AND ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS |

**STIPULATION**

Pursuant to LCR 83.2 (b)(1) and by stipulation of all parties, S. Karen Bamberger of Betts, Patterson & Mines, P.S. withdraws as attorney for Defendant Oxbo, Inc. d/b/a Oxbo Mega Transport Solutions, and Michael A. Barcott of Holmes, Weddle & Barcott,

STIPULATION AND ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. P.C. is hereby substituted as counsel of record for Defendant Oxbo, Inc. d/b/a Oxbo Mega Transport Solutions.

    You are hereby requested to serve all future papers and pleadings on substituted counsel at the address stated below:

    Michael A. Barcott
    Holmes Weddle & Barcott, P.C.
    3101 Western Avenue, Suite 500
    Seattle, WA 98121
    Telephone: (206) 292-8008
    Email: mbarcott@hwb-law.com

    DATED this 12th day of July, 2022.

    BETTS, PATTERSON & MINES, P.S.

    /s/ S. Karen Bamberger
    S. Karen Bamberger, WSBA #18478
    kbamberger@bpmlaw.com
    *Withdrawing Attorneys for Defendant Oxbo, Inc. d/b/a Oxbo Mega Transport Solutions*

    HOLMES WEDDLE & BARCOTT, P.C.

    /s/ Michael A. Barcott
    Michael A. Barcott, WSBA #13317
    Daniel P. Barcott, WSBA #50282
    3101 Western Ave, Suite 500
    Seattle, WA 98121
    Phone: 206-292-8008
    Fax: 206-340-0289
    Email: mbarcott@hwb-law.com
    Email: dbarcott@hwb-law.com
    *Substituting Attorneys for Defendant Oxbo, Inc. d/b/a Oxbo Mega Transport Solutions*

STIPULATION AND ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No. 3:22-cv-05228-JHC

**Approved by:**

HARRIGAN LEYH FARMER & THOMSEN LLP


    /s/Michelle Buhler
Michelle Buhler, WSBA #16235
Charles S. Jordan, WSBA #19206
999 Third Avenue, Suite 4400
Seattle, WA 98104
michelleb@harriganleyh.com
chipj@harriganleyh.com
*Attorneys for Plaintiffs*

DAVIS ROTHWELL EARLE & XOCHIHUA


    /s/ Christopher Parker
Christopher Parker, WSBA #48561
200 SW Market Street, Suite 1800
Portland, OR 97201
cparker@davisrothwell.com
kdoudvandyke@davisrothwell.com
*Attorney for Defendant Oxbo Engineering, Inc.*

STIPULATION AND ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED this 12th day of July, 2022.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 4
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2022, the foregoing was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Michelle Buhler
Charles S. Jordan
HARRIGAN LEYH FARMER & THOMSEN LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
michelleb@harriganleyh.com
chipj@harriganleyh.com

*Counsel for Defendant Oxbo Engineering, Inc.*
Christopher Parker
DAVIS ROTHWELL EARLE & XOCHIHUA
200 SW Market Street, Suite 1800
Portland, OR 97201
cparker@davisrothwell.com
kdoudvandyke@davisrothwell.com

_____
Holly Mote

G:\8174\33765\Pleading\Stip.Prop Or re Substitution of Counsel.docx

STIPULATION AND ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 5
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289