THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and AGRICO SALES, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS, an Oregon corporation; and OXBO ENGINEERING, LLC, an Oregon limited liability company,<br><br>Defendants. | NO. 3:22-cv-05228-JHC<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINING ADDITIONAL PARTIES |

This Court's Minute Order Setting Trial Date and Related Dates of June 16, 2022 provides that the deadline for joining additional parties is July 14, 2022. This Court's records will reflect that Oxbo, Inc. has recently substituted counsel and that counsel needs additional time to gather facts and information relevant to the Joinder of Additional Parties. It appears that Joinder of Additional Parties may be appropriate in this case but

STIPULATION AND ORDER TO CONTINUE
DEADLINE FOR JOINING ADDITIONAL PARTIES - 1
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

counsel for Oxbo requires additional time to gather facts necessary to make that determination. Accordingly, the parties hereto agree that the deadline for joining additional parties may be extended from July 14, 2022 to September 16, 2022.

Respectfully submitted.

DATED this 12th day of July, 2022.

HOLMES WEDDLE & BARCOTT, P.C.

/s/ Michael A. Barcott
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
Email: dbarcott@hwb-law.com
*Attorneys for Defendants Certain Underwriters at Lloyd's of London through Harlock Murray Underwriting, Ltd.*

HARRIGAN LEYH FARMER & THOMSEN LLP

/s/ Michelle Buhler
Michelle Buhler, WSBA #16235
Charles S. Jordan, WSBA #19206
999 Third Avenue, Suite 4400
Seattle, WA 98104
michelleb@harriganleyh.com
chipj@harriganleyh.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO CONTINUE
DEADLINE FOR JOINING ADDITIONAL PARTIES - 2
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DAVIS ROTHWELL EARLE & XOCHIHUA

　　　*/s/ Christopher Parker*
Christopher Parker, WSBA #48561
200 SW Market Street, Suite 1800
Portland, OR 97201
cparker@davisrothwell.com
kdoudvandyke@davisrothwell.com
*Attorney for Defendant Oxbo Engineering, Inc.*

**STIPULATION AND ORDER TO CONTINUE
DEADLINE FOR JOINING ADDITIONAL PARTIES** - 3
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED this 12th of July, 2022.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2022, the foregoing was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Michelle Buhler
Charles S. Jordan
HARRIGAN LEYH FARMER & THOMSEN LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
michelleb@harriganleyh.com
chipj@harriganleyh.com

*Counsel for Defendant Oxbo Engineering, Inc.*
Christopher Parker
DAVIS ROTHWELL EARLE & XOCHIHUA
200 SW Market Street, Suite 1800
Portland, OR 97201
cparker@davisrothwell.com
kdoudvandyke@davisrothwell.com

_____
Holly Mote

G:\8174\33765\Pleading\Stip re Addl Parties.docx

**STIPULATION AND ORDER TO CONTINUE
DEADLINE FOR JOINING ADDITIONAL PARTIES** - 4
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289