THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and AGRICO SALES, INC., a Texas corporation,<br><br>                Plaintiffs,<br><br>vs.<br><br>OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS, an Oregon corporation; and OXBO ENGINEERING, LLC, an Oregon limited liability company,<br><br>                Defendants,<br><br>vs.<br><br>ALEXANDER GOW, INC., an Oregon corporation and a Washington corporation, CSL GLOBAL LIMITED d/b/a CSL NORTH AMERICA, a Texas corporation, and a Louisiana corporation, WESTERN TOWBOAT COMPANY, a Washington corporation,<br><br>                Third-Party Defendants. | IN ADMIRALTY<br><br>Case No. 3:22-cv-05228-JHC<br><br>REQUEST FOR ADDITIONAL TIME TO ACCOMPLISH SERVICE ON THIRD-PARTY DEFENDANTS AND ORDER GRANTING SUCH |

REQUEST FOR ADD'L TIME TO ACCOMPLISH SERVICE
ON THIRD-PARTY DEFS AND ORDER GRANTING - 1
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. On September 19, 2022, this Court granted Defendant Oxbo, Inc.'s Motion for Leave to File Third Party Complaint, and allowed 20 days to complete service, or "seek additional time if such service could not be accomplished within the ordered period." *See* Docket 29. Since the time of the Order, Oxbo, Inc. has been diligently attempting to serve Third-Party Plaintiffs. Oxbo, Inc. accomplished service on the following third-party defendants: Western Towboat in Washington, Alexander Gow Washington, CSL Global Ltd. in Austin, Texas, CSL Global Ltd. in Lafayette, Louisiana. Declarations of Service have been filed with the Court.

Oxbo, Inc. made several attempts to serve CSL Global Ltd. in Houston, Texas. The business office is vacant, and so is the office of the registered agent for service of process. *See* Declaration of Svetlana Spivak. Therefore, Oxbo, Inc. requires additional time to complete service by publication. Given that the notice has to be published for six weeks before service will be considered completed, Oxbo, Inc. respectfully requests additional eight weeks to accomplish this process.

Oxbo, Inc. made several attempts to serve Alexander Gow Oregon at the business office and the office of the registered agent. The documents were left with an employee. See Declaration of Svetlana Spivak. Therefore, Oxbo, Inc. requires additional time to complete service by publication. Given that the notice has to be published for six weeks before service will be considered completed, Oxbo, Inc. respectfully requests additional eight weeks to accomplish this process.

Plaintiffs, as well as co-defendant Oxbo Engineering, LLC, do not oppose such request. See Declaration of Svetlana Spivak.

REQUEST FOR ADD'L TIME TO ACCOMPLISH SERVICE
ON THIRD-PARTY DEFS AND ORDER GRANTING - 2
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 10th day of October, 2022.

        HOLMES WEDDLE & BARCOTT, P.C.

        /s/ Svetlana P. Spivakt
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
Svetlana P. Spivak, WSBA #30478
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
      dbarcott@hwb-law.com
      sspivak@hwb-law.com
*Attorneys for Defendant Oxbo, Inc. d/b/a OXBO MEGA TRANSPORT SOLUTIONS*

REQUEST FOR ADD'L TIME TO ACCOMPLISH SERVICE
ON THIRD-PARTY DEFS AND ORDER GRANTING - 3
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## ORDER

Defendant Oxbo, Inc.'s Request for Additional Time to Accomplish Service is GRANTED. Defendant Oxbo, Inc. shall serve the remaining third-party defendants within eight weeks of the date of this order, or seek additional time if such service could not be accomplished within the ordered period.

DATED this 11th day of October, 2022.

*John H. Chun*
_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

REQUEST FOR ADD'L TIME TO ACCOMPLISH SERVICE
ON THIRD-PARTY DEFS AND ORDER GRANTING - 4
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, the foregoing was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

 *Counsel for Plaintiffs*
 Michelle Buhler
 Charles S. Jordan
 HARRIGAN LEYH FARMER & THOMSEN LLP
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 michelleb@harriganleyh.com
 chipj@harriganleyh.com

 *Counsel for Defendant Oxbo Engineering, Inc.*
 Christopher Parker
 DAVIS ROTHWELL EARLE & XOCHIHUA
 200 SW Market Street, Suite 1800
 Portland, OR 97201
 cparker@davisrothwell.com
 kdoudvandyke@davisrothwell.com

 *Counsel for Third-Party Defendant Western Towboat Company*
 Thomas G. Waller
 Donald McLean
 Meliha Jusupovic
 BAUER MOYNIHAN & JOHNSON LLP
 2101 Fourth Avenue, Suite 2400
 Seattle, WA 98121
 tgwaller@bmjlaw.com
 dkmclean@bmjlaw.com
 mjusupovic@bmjlaw.com

_____
Holly Mote

G:\8174\33765\Pleading\Request for additional service time.docx

REQUEST FOR ADD'L TIME TO ACCOMPLISH SERVICE
ON THIRD-PARTY DEFS AND ORDER GRANTING - 5
Case No. 3:22-cv-05228-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289