THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and AGRICO SALES, INC., a Texas corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS, an Oregon corporation; and OXBO ENGINEERING, LLC, an Oregon limited liability company,<br><br>　　　　　　　　Defendants,<br><br>vs.<br><br>ALEXANDER GOW, INC., an Oregon corporation and a Washington corporation, CSL GLOBAL LIMITED d/b/a CSL NORTH AMERICA, a Texas corporation, and a Louisiana corporation, WESTERN TOWBOAT COMPANY, a Washington corporation,<br><br>　　　　　　　　Third-Party Defendants. | IN ADMIRALTY<br><br>Case No. 3:22-cv-05228-TMC<br><br>UNOPPOSED (STIPULATED) MOTION TO CONTINUE CERTAIN PRE-TRIAL DATES<br><br>**AND ORDER** |

JOINT/STIPULATED MOTION
TO CONTINUE PRETRIAL DEADLINES- 1
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. All the parties to this action jointly ask this Honorable Court to continue the
2. following pre-trial deadlines:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Reports | October 11, 2023 | November 10, 2023 |
| Rebuttal Reports | November 11, 2023 | December 11, 2023 |
| Discovery Cutoff | December 11, 2023 | January 5, 2024 |

The trial date and other pre-trial deadlines shall remain unchanged.

This case involves an alleged loss of $6,314,000.00.  See Complaint, Dkt.1, para. 14.  Coordinating calendars of the numerous parties has been rather challenging. Moreover, the case involves complicated issues of contractual disputes, lashing plans for heavy industrial equipment transported on navigable waters, marine engineering, historical weather and other discovery issues.  Documents produced in discovery to date are nearing seventy thousand pages, as well as and numerous schematics and calculations.

Thus, this additional time is required to complete depositions necessary for the experts to issue their opinions, and for the parties to gather sufficient information to be able to meaningfully prepare for trial.  The continuance is for one month only and will not affect the trial date. The parties and counsel agree the request for continuance does not result from lack of diligence.

//

//

//

//

**JOINT/STIPULATED MOTION
TO CONTINUE PRETRIAL DEADLINES**- 2
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Therefore, the parties respectfully ask that the Scheduling Order be amended to reflect the stipulated deadlines as outlined above.

DATED this 22nd day of September, 2023.

                            HOLMES WEDDLE & BARCOTT, P.C.

                            */s/ Michael A. Barcott*
                            Michael A. Barcott, WSBA #13317
                            Daniel P. Barcott, WSBA #50282
                            Svetlana P. Spivak, WSBA #30478
                            3101 Western Ave, Suite 500
                            Seattle, WA 98121
                            Phone: 206-292-8008
                            Fax: 206-340-0289
                            Email: mbarcott@hwb-law.com
                                             dbarcott@hwb-law.com
                                             sspivak@hwb-law.com
                            *Attorneys for Defendant Oxbo, Inc. d/b/a OXBO MEGA TRANSPORT SOLUTIONS*

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
/s/ Donald McLean
Donald McLean, WSBA No. 24158
/s/ Meliha Jusupovic
Meliha Jusupovic, WSBA No. 54024
Attorneys for third party defendant Western Towboat Company
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: tgwaller@bmjlaw.com
dkmclean@bmjlaw.com

HARRIGAN LEYH FARMER & THOMSEN LLP
/s/ Michelle Buhler
Michelle Buhler, WSBA No. 16235
/s/ Charles S. Jordan
Charles S. Jordan, WSBA No. 19206

**JOINT/STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES**- 3
Case No. 3:22-cv-05228-TMC

1. Attorney for plaintiffs United States Fire Insurance Company et al.
2. 999 Third Avenue, Suite 4400
   Seattle, Washington 98104
3. Telephone: (206) 623-1700
   Fax: (206) 623-8717
4. Email: michelleb@harriganleyh.com
   chipj@harriganleyh.com
5.
6. DAVIS ROTHWELL EARLE & XOCHIHUA, P.C.
   /s/ Christopher M. Parker
7. Christopher M. Parker, WSBA No. 48561
   Attorney for defendant Oxbo Engineering, LLC
8. 200 SW Market Street, Suite 1800
   Portland, Oregon 97201
9. Telephone: (503) 222-4422
   Fax: (503) 222-4428
10. Email: cparker@davisrothwell.com

11.
12. LINDSAY HART, LLP
    /s/ James McCurdy
13. James McCurdy, WSBA No. 40540
    Attorney for third party defendant Alexander Gow, Inc.
14. 1300 SW Fifth Avenue, Suite 3400
    Portland, Oregon 97201
15. Telephone: (503) 226-7677
    Fax: (503) 226-7697
16. Email: jmccurdy@lindsayhart.com

17.
18.
19. **ORDER**
20. It is so ordered.
21.
22. DATE this 25th day of September 2023.
23.
24.
    _____
    Tiffany M. Cartwright
25. United States District Court Judge

26. **JOINT/STIPULATED MOTION
    TO CONTINUE PRETRIAL DEADLINES**- 4
    Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289