THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and AGRICO SALES, INC., a Texas corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>OXBO, INC. d/b/a OXBO MEGA TRANSPORT SOLUTIONS, an Oregon corporation; and OXBO ENGINEERING, LLC, an Oregon limited liability company,<br><br>　　　　　　Defendants,<br><br>vs.<br><br>ALEXANDER GOW, INC., an Oregon corporation and a Washington corporation, CSL GLOBAL LIMITED d/b/a CSL NORTH AMERICA, a Texas corporation, and a Louisiana corporation, WESTERN TOWBOAT COMPANY, a Washington corporation,<br><br>　　　　　　Third-Party Defendants. | IN ADMIRALTY<br><br>Case No. 3:22-cv-05228-TMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CERTAIN PRETRIAL DEADLINES - 1
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. All the parties to this action jointly ask this Honorable Court to continue the following pre-trial deadlines by one week:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Reports | November 10, 2023 | November 17, 2023 |
| Rebuttal Reports | December 11, 2023 | December 18, 2023 |

The trial and other pre-trial deadlines shall remain unchanged.

The case involves complicated issues of contractual disputes, lashing plans for heavy industrial equipment transported on navigable waters, marine engineering, historical weather and other issues.  This is a discovery intensive case, with documents produced in the range of seventy thousand pages, as well as numerous schematics and calculations.  The parties continue to work in good faith on scheduling depositions and gathering relevant documents.  This additional time is required for experts to review the data and to issue their initial opinions.  The continuance is for one week only and will not affect the trial date.  The parties and counsel agree the request for continuance does not result from lack of diligence.

Therefore, the parties respectfully ask that the Scheduling Order be amended to reflect the stipulated deadlines outlined above.

DATED this 9th day of November, 2023.

HOLMES WEDDLE & BARCOTT, P.C.

　　*/s/ Svetlana P. Spivak*
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
Svetlana P. Spivak, WSBA #30478
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CERTAIN PRETRIAL DEADLINES - 2
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Email: mbarcott@hwb-law.com
dbarcott@hwb-law.com
sspivak@hwb-law.com
*Attorneys for Defendant Oxbo, Inc. d/b/a OXBO MEGA TRANSPORT SOLUTIONS*

HARRIGAN LEYH FARMER & THOMSEN LLP

*/s/ Michelle Buhler*
Michelle Buhler, WSBA #16235
Charles S. Jordan, WSBA #19206
*Counsel for Plaintiffs*

DAVIS ROTHWELL EARLE & XOCHIHUA, P.C.

*/s/ Christopher M. Parker*
Christopher M. Parker, WSBA #48561
Nicholas V. Beyer, Pro Hac Vice
*Counsel for Defendant Oxbo Engineering*

LINDSAY HART, LLP

*/s/ James McCurdy*
James McCurdy, WSBA # 40540
*Counsel for Third Party Defendant Alexander Gow, Inc.*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CERTAIN PRETRIAL DEADLINES - 3
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# ORDER

It is so ORDERED.

DATED this 9th day of November, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

_/s/ Svetlana P. Spivak_____
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
Svetlana P. Spivak, WSBA #30478
*Attorneys for Defendant Oxbo, Inc. d/b/a OXBO MEGA TRANSPORT SOLUTIONS*

G:\8174\33765\Pleading\DRAFTS\motion continue expert reports.docx

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CERTAIN PRETRIAL DEADLINES - 4
Case No. 3:22-cv-05228-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289